# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| National Railroad Passenger Corporation et al | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 4:22-cv-00694-UNA<br>) |
| MS Contracting LLC | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was opened on June 30, 2022 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:22-cv-00037-NAB.

**IT IS FURTHER ORDERED** that cause number 4:22-cv-00694-UNA be administratively closed.

GREGORY J. LINHARES  
CLERK OF COURT

Dated: July 1, 2022                              By:  /s/ Jason Dockery

Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:22-cv-00037-NAB.**